**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FUTURE TRANSACTIONS HOLDINGS, LLC,
MM ENTERPRISES USA, LLC, and MEDMEN
ENTERPRISES INC.

              Plaintiffs,

     v.

THOR 942 FULTON STREET, LLC,

              Defendant.

Case No.: 22-CV-8905(JPO)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

---

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Thor 942 Fulton Street, LLC may move, answer, or otherwise respond to the Complaint is hereby extended up to and including December 14, 2022.

       No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses; provided, however, that Defendant waives any defense that the Summons and Complaint were not properly served upon Defendant.

       There has been no previous request for extension of time in connection with this matter.

Dated:  November 10, 2022
WACHTEL MISSRY, LLP                              GUZOV, LLC


By: *Joseph Lee Matalon*                         By:_____
    Joseph Lee Matalon                               Debra J. Guzov  DG-7125
    Jason L. Libou                                   Philip M. Smith  PS-8132

1602 Lawrence Avenue                             437 Madison Avenue, 24th Floor
Suite 110                                        New York, New York 10022
Ocean, New Jersey 07712                          Tel.:    (212) 371-8008
Tel:  (212) 909-9675

jlmatalon@wmllp.com                              dguzov@guzovllc.com
jlibou@wmllp.com
                                                 *Attorneys for Plaintiffs Future Transactions*
                                                 *Holdings, LLC, MM Enterprises USA, LLC.*
*Attorneys for Defendant Thor 942 Fulton*        *and MedMen Enterprises, Inc.*
*Street, LLC*


                                                 SO ORDERED


                                                 _____

                                                 Hon. J. Paul Oetken
                                                 United States District Court