UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUTURE TRANSACTIONS HOLDINGS, LLC, MM ENTERPRISES USA, LLC, and MEDMEN ENTERPRISES INC., <br><br> Plaintiffs, <br><br> - against - <br><br> THOR 942 FULTON STREET, LLC, <br><br> Defendant. | Case No. 22-CV-8905 (JPO) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned has been retained by and appears for Defendant Thor 942 Fulton Street, LLC in this action and demands that all notices, communications and other papers herein be served upon the undersigned at the office stated below.

Dated: New York, New York
November 10, 2022

                                          **WACHTEL MISSRY LLP**

                                          By: /s/ Jason L. Libou
                                                Jason L. Libou
                                                885 Second Avenue
                                                New York, New York 10017
                                                (212) 909-9500
                                                jlibou@wmllp.com

                                                *Attorneys for Defendant*