```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
THE BRANCH OF CITIBANK, N.A.           :
ESTABLISHED IN THE REPUBLIC OF         :
ARGENTINA,                             :
                                       :
                    Petitioner,        :   **21 Civ. 6125 (VM)**
                                       :
        -against-                      :
                                       :          <u>ORDER</u>
ALEJANDRO DE NEVARES,                  :
                                       :
                    Respondent.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Friday, July 23, 2021 at 12:00 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         21 July 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.